**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| **IN RE FLORIDA CEMENT AND CONCRETE ANTITRUST LITIGATION** ) ) ) ) ) ) ) ) ) ) | **MASTER DOCKET NO. 09-23493-CIV ALTONAGA/BROWN** |

*(INDIRECT PURCHASER ACTION)*

## DECLARATION OF KENNETH G. WALSH

I, Kenneth G. Walsh, make this declaration under the penalty of perjury under the laws of the United States:

1.     I am an attorney admitted *pro hac vice* to practice before this court. I am of counsel with Kirby McInerney, LLP, Interim Co-Lead Counsel for Indirect Purchaser Plaintiffs.  I have personal knowledge of the facts recited herein and declare such facts are true and correct.  This declaration is submitted in support of Indirect Purchaser Plaintiffs' Opposition to Defendants' Motion to Dismiss or, in the Alternative to Strike, with Incorporated Memorandum of Law.

2.     Attached as Exhibit A is a true and correct copy a pamphlet available from Prestige's website (www.prestigeconcreteproducts.com), titled "Prestige Concrete Products," last accessed on December 9, 2010.

3.      Attached as Exhibit B is a true and correct copy print out available from Prestige's website (www.prestigeconcreteproducts.com), titled "About Prestige Shotcrete/Gunite," last accessed on December 9, 2010.

4.      Attached as Exhibit C is a true and correct copies of "Corporate Records and Business Registrations," as of December 6, 2010, for:  Prestige AB Management Co.; LLC, Prestige Concrete Products; Prestige Gunite Florida, LLC; Prestige Gunite, Inc.; and Prestige Gunite Properties Florida, LLC.

5.      Attached as Exhibit D is a true and correct copy of Coral Pools, Inc.'s Chapter 7 bankruptcy petition filed on July 20, 2009 (U.S. Bankruptcy Court for the Southern District of Florida, Case No. 09-24762-EPK).

6.      Attached as Exhibit E is a certified copy of Prestige Gunite Florida, LLC's Claim of Lien filed in Coral Pools, Inc.'s Chapter 7 bankruptcy proceeding (U.S. Bankruptcy Court for the Southern District of Florida, Case No. 09-24762-EPK).

7.      Attached as Exhibit F is a true and correct copy of an excerpt from the June 22, 2010 Hearing from *In re Florida Cement and Concrete Antitrust Litigation* (U.S. District Court for the Southern District of Florida, Master Dkt. No. 09-23187-CIV-Altonaga/Brown and Master Dkt. No. 09-23493-CIV-Altonaga/Brown).


Dated:  December 10, 2010

/s/ Kenneth G. Walsh_____

Kenneth G. Walsh

# Exhibit A



A VCNA COMPANY

## ◆ Prestige Concrete Products

Prestige Concrete Products is a group of leading concrete related companies united to meet the construction industry's needs for high quality ready mix, concrete block and shotcrete/gunite. With more than 25 locations in Florida, we also have ready mix operations in North Carolina and expect gunite teams in Texas, California and North Carolina. We are a young, emerging, energizing company with an experienced staff and a relentless dedication to product quality. Our passion for exceptional customer service and innovation has earned us the reputation as the can-do company in every market we serve.

Prestige is one of a select group of ready mix, cement and aggregate companies owned by Votorantim Cement North America (VCNA). Our nationwide affiliates include St. Mary's Cement, a leading manufacturer of cement and Canadian Building Materials (CBM), a leading ready mixed concrete and aggregates company, in the Great Lakes region along with Prairie Material, the leading ready mix producer in Chicago and the Midwest. VCNA also owns Suwannee American Cement in partnership with Anderson Minerals, in north Florida. VCNA is a subsidiary of Votorantim Cimentos, one of the top ten worldwide cement manufacturers and part of the Votorantim Group, one of South America's largest privately held conglomerate based in Sao Paulo, Brazil.

As part of the VCNA family of concrete and cement companies, Prestige Concrete Products has access to the technical expertise that built many of the iconic buildings in Chicago and Toronto, like the Trump International Tower in Chicago and the RBC Centre in Toronto, which incorporate the latest in advanced performance concrete. Ownership of Suwannee American Cement ensures a consistent, uninterrupted flow of top quality material to fulfill your needs.

Whatever your job requires, we can deliver the materials and expertise to ensure your success.





Trump Tower
Chicago, Illinois

**PRAIRIE**
www.prairie.com



RBC Centre
Toronto, Ontario

**ST. MARYS**
www.stmaryscement.com




Suwannee Cement Plant
Branford, Florida

**SAC**
www.suwaneecement.com

## ◆ Concrete Block: *Versatile and Economical*

Prestige block is featured in almost every kind of construction project: residential, commercial, municipal, educational, medical and industrial buildings.

Our Concrete Block Division provides the industry's finest standard and lightweight blocks. A new state-of-the-art plant at Groveland, Florida uses the Columbia Model 1600 Block Machine to consistently manufacture blocks that meet or exceed all ASTM standards, for strength, size and weight. Every Prestige block has a 2-hour fire rating℠. Less in the business. We can produce up to 12 million blocks a year, enough to supply the largest jobs in any market we serve. Our ready mix yards throughout central and northern Florida supply concrete block and a complete inventory of masonry supplies.

The service we provide for our block customers is legendary. Prestige experienced drivers deliver to the job site precisely on time. We work with site managers to place the loads steps away from where your masons need it, saving valuable time (and your mason's backs) over the course of the project.

**Our products:**
Lightweight and regular weight block (all standard sizes)
Masonry supplies and tools








*Above left:* The 16,000 sq. ft. Jack and Lee Rosen Jewish Community Center in South Orlando used 150,000 Prestige lightweight blocks.

*Left:* Prestige's 75,000 sq. ft. concrete block plant in Groveland, Florida can produce 12 million blocks per year.

*Below:* Precise delivery to the job site saves time and energy.

*"Quality products, on-time delivery at a good price... that's what I need and that's what I get from Prestige Block."*
Jacob Robinson
Bricklayer/Mason

# Ready Mix: Ready When You Are

Prestige's Ready Mix Division supplies quality concrete for projects in north and central Florida as well as Greensboro and Winston-Salem, North Carolina. Mobile plants can be set up wherever and whenever our clients need them.

Our experienced quality control department coordinates a partnership with key suppliers and a comprehensive line of admixtures and additives to create performance mixes offering the strength, durability and workability our customers need. Today, most of our mixes contain fly ash for durability and workability.

Rigorous materials testing and procedures ensure a consistent mix across loads and plants. Our qualified plant personnel and computer aided batching and dispatch services ensure that you get the right material, right when you need it.

We supply high quality concrete to residential, commercial and FDOT customers across all our regions.

We have supplied concrete for many high-profile projects while working with some of the top contractors in the region, including *Hardin Construction, The Conlan Company* and *Brasfield & Gorrie General Contractors.*

"Prestige consistently provides us with quality concrete, excellent service and good value."



From 2,100-foot-long ... Intercoastal Waterway bridge ... Prestige provided ... cubic yards of concrete with specific compressive strengths ranging from 2,500 to 6,500 psi.

Right: Prestige concrete provided all the concrete for Bridgestone America's Tire Operations (BATO) one million square-foot regional distribution center in Jacksonville.

The ... LEED-certified Lender's Alternative ... headquarters and support center in Raleigh used 15,000 cubic yards of specialty concrete, including a ... reflective ... mix ... to brighten both buildings.

www.prestigeconcreteproducts.com

www.prestigeconcreteproducts.com

# Shotcrete and Gunite: *Exploring The Possibilities*



Above: Prestige gunite crews helped to create the magic of the foundations and pools at the recently renovated Fontainebleau in Miami.

Below: Culvert Reconstruction, Ft. Myers, FL.








Rehabilitation of Vernel Condominium Parking Garage before (left) and after




*"Placing granite on the 24th floor was a significant challenge. Prestige was the only gunite company that was capable of completing this project.*

*"Prestige crews followed all our safety policies, produced a first-class product, and were always on time at the jobsite."*

Mitch Moreno,
Linbeck of Dania, Miami

Dan Swenson,
Project Manager, The Weitz Company

Resurfacing column supports on the Howard Franklin Bridge, Tampa Bay, FL.



Relining of the interior structural building support of the Palm Beach Atlantic University Historic Warren Library before (lower left) and after (lower right).

Prestige's shotcrete and gunite operations have delivered, placed and finished over 100,000 pool and fountain installations for contractors throughout the state of Florida as well as projects in North Carolina, Texas, California and the Bahamas. Amusement parks—from theme parks, water parks and elaborate miniature golf ranges to botanical gardens and zoos—have relied on Prestige shotcrete and gunite to add colorful magic to their outdoor and indoor structures.

These versatile materials are also ideal for applications where traditional concrete placement is either too complicated or too costly. Our experts exceed the bar set by certified tradesmen, have safely and efficiently applied shotcrete and gunite for earth retention systems, existing substrate reinforcement, soil solidification, bridge and column repair, historical structure reinforcement, and curved surfaces for domes and tunnels.

Our quality control department tests and tracks the results of our materials to insure consistent strength and finishing characteristics. We also offer specialty products containing additives that increase strength, reduce cracking, and increase resistance to alkali and chemical attack.

Prestige maintains an innovative approach by networking with top architects and engineering firms and keeping an active membership in national trade organizations such as the *American Shotcrete Association* and the *International Concrete Repair Institute.*



**Ready Mix**

**North Florida**
Baldwin
Bunnell
Green Cove Springs
Jacksonville
St. Augustine

**Central Florida**
Belleview
Center Hill
Davenport
Daytona
Edgewater
Ft. Pierce
Hernando
Kissimmee
Melbourne
North Clermont
Okahumpka
Orlando

**North Carolina**
Greensboro
Winston-Salem

**Block**

Florida
Ft. Pierce
Groveland
Jacksonville

**Gunite/Shotcrete**

Florida
Ft. Lauderdale
Ft. Myers
Ft. Pierce
Lakeland
Melbourne
Ocala
Orlando
Ormond Beach
St. Augustine
Tampa
Venice
West Palm Beach

**North Carolina**
Charlotte

**Texas**
Dallas/Ft. Worth
Melissa

**California**
Redding
Sacramento
Stockton

○ Ready-Mix

◌ Block

○ Gunite/Shotcrete
(Note: Gunite/Shotcrete can
mobilize anywhere with a week's notice)

◇ Cement Mill
Suwannee American Cement Co.
5117 US Highway 27, Branford, FL 32008-2463



*Experience. Service. Versatility.*

# PRESTIGE
## CONCRETE PRODUCTS
**READY MIX • BLOCK • SHOTCRETE/GUNITE**

A VCNA COMPANY

**Corporate Headquarters**
8529 South Park Circle, Suite 320
Orlando, FL 32619
Ph: 407-802-3540
Fax: 407-226-0359

**Central Support Services**
7228-C Westport Place
West Palm Beach, FL 33413
Ph: 561-478-9980
Fax: 561-478-2911

www.prestigeconcreteproducts.com

# Exhibit B

VCNA          ABOUT VOTORANTIM CEMENT NORTH AMERICA  |  NEWS  |  CAREERS  |  LOCATIONS  |  CODE OF CONDUCT     VCNA Business Units



**PRESTIGE**
CONCRETE PRODUCTS
READY-MIX ● BLOCK ● SHOTCRETE/GUNITE
A VCNA COMPANY

Search: _____  [search]

Home      About Us      Ready Mix Concrete      Concrete Block      Shotcrete/Gunite      Locations      Downloads      Contact Us

*About Gunite and Shotcrete*

**Pools and Fountains**

**Restoration and Repairs**

**Soil Stabilization**

**Mobile Capability**

**Locations**

**Request Estimate**

**Project Portfolio**

## *About Prestige Shotcrete/Gunite*

Shotcrete is the process of pneumatically applying concrete onto various surfaces at high velocity. There are two primary application methods: the wet process pumps mixed concrete through a hose to the nozzle where compressed air is added to provide high velocity for placement and consolidation; the dry process, commonly known as gunite, uses compressed air to blow pre-blended dry materials through a hose at high velocity to the nozzle, where water is added. The effects in most cases are almost identical.

The materials used in both processes are generally the same as those used for conventional concrete—Portland cement, aggregates and water. Various additives can enhance strength and reduce cracking. As a result, shotcrete/gunite has high-strength, durability, low permeability, and excellent bonding characteristics.
Shotcrete/gunite application also provides almost limitless possibilities for complex shaping and forming in new construction and renovation projects.
Other key benefits include:

- Little or no form work is required.
- Cost-effective method for placing concrete.
- Ideal for irregular surface applications.
- Allows for easier material handling in areas with difficult access.

Prestige's shotcrete and gunite operations deliver quality material and experienced crews to contractors throughout the state of Florida as well as North Carolina, Texas, California and the Bahamas.

Our expert crews are led by experienced, certified nozzlemen using the best equipment in the business, which we build and maintain ourselves.

Our quality control department tests and tracks the results of our materials to insure consistent strengths and finishing characteristics. We also offer specialty products containing additives that increase strength, reduce cracking, and increase resistance to alkali and chemical attack.

Contact us to learn more about the many uses of shotcrete/gunite.

© 2010 Prestige Concrete Products. All rights reserved.     Privacy statement     Disclaimer

# Exhibit C

Westlaw.

37711090732                                                                                      Page 1

37711090732

CORPORATE RECORDS & BUSINESS REGISTRATIONS

This Record Last Updated:          07/16/2010
Database Last Updated:             11-12-2010
Update Frequency:                  QUARTERLY
Current Date:                      12/06/2010
Source:                            AS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFICIAL
                                   SOURCE

### COMPANY INFORMATION

Name:                              PRESTIGE AB MANAGEMENT CO, LLC
Address:                           8529 SOUTHPARK CIRCLE;SUITE 320
                                   ORLANDO, FL 32819
D&B DUNS:                          82-878-9979

### FILING INFORMATION

Identification Number:             L02000025595
Filing Date:                       09/30/2002
State of Incorporation:            FLORIDA
Status:                            ACTIVE
Business Type:                     DOMESTIC LIMITED LIABILITY CO
Address Type:                      MAILING
Federal Identification Number:     010747816
Where Filed:                       STATE DEPARTMENT/CORPORATION DIVISION
                                   409 E. GAINES ST
                                   TALLAHASSEE, FL 32301

### REGISTERED AGENT INFORMATION

Name:                              STUART JAY LEVINE ESQ
Address:                           WALTERS, LEVINE, KLINGENSMITH & THOMISON
                                   TAMPA, FL 33606

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

37711090732                                                                    Page 2

## PRINCIPAL INFORMATION

| | |
|---|---|
| Name: | **JORGE WAGNER** |
| Title: | P |
| Address: | 8529 SOUTHPARK CIRCLE, SUITE 320 |
| | ORLANDO, FL 32819 |

| | |
|---|---|
| Name: | MICHAEL DAVIS |
| Title: | CFOT |
| Address: | 8529 SOUTHPARK CIRCLE, SUITE 320 |
| | ORLANDO, FL 32819 |

| | |
|---|---|
| Name: | JOLANTA MALICKI |
| Title: | S |
| Address: | 55 INDUSTRIAL STREET |
| | TORONTO M4G03W900 |
| | CANADA |

| | |
|---|---|
| Name: | ANN STRAW |
| Title: | AS |
| Address: | 7601 W. 79TH STREET |
| | BRIDGEVIEW, IL 60455 |

| | |
|---|---|
| Name: | MARTIN F FALLON |
| Title: | MGR |
| Address: | 8529 SOUTHPARK CIRCLE, SUITE 320 |
| | ORLANDO, FL 32819 |

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

37711090732                                                                      Page 3

| | |
|---|---|
| Name: | ERIK MADSEN |
| Title: | MGR |
| Address: | 55 INDUSTRIAL STREET |
| | TORONTO M4G03W900 |
| | CANADA |

## AMENDMENT INFORMATION

Amendments:          04/22/2010 MISCELLANEOUS   2010 ANNUAL REPORT FILED.

04/20/2009 MISCELLANEOUS   2009 ANNUAL REPORT FILED.

07/10/2008 MISCELLANEOUS   2008 ANNUAL REPORT FILED.

## TAX INFORMATION

Corporate Tax Details:

Annual Report Filed:      04/22/2010

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
to order copies of documents related to this or other matters.
Additional charges apply.

THE PRECEDING PUBLIC RECORD DATA IS FOR INFORMATION PURPOSES ONLY AND IS NOT THE OFFICIAL RECORD. CERTIFIED COPIES CAN ONLY BE OBTAINED FROM THE OFFICIAL SOURCE.

END OF DOCUMENT

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

Westlaw.

BUSINESS FINDER RECORD

| | |
|---|---|
| Information Current Through: | 10-14-2010 |
| Database Last Updated: | 11-06-2010 |
| Update Frequency: | Monthly |
| Current Date: | 12/06/2010 |
| Source: | Data by InfoUSA, Copyright 2010, All Rights Reserved. |

**COMPANY INFORMATION**

| | |
|---|---|
| Business Name: | PRESTIGE CONCRETE PRODUCTS |
| Business Address: | 8529 SOUTHPARK CIR # 320 |
| | ORLANDO, FL 32819-9064 C073 |
| Phone: | 407-226-0355 |
| County: | ORANGE |
| Primary SIC: | 503208 CONCRETE PRODUCTS (WHLS) |
| Organization: | FIRM |
| Sales from Location: | $10,000 TO 19,999 |
| Employees at Location: | 20 TO 49 |
| Population of Area: | 100,000 TO 249,999 |
| Ad Size: | REGULAR LISTING |

**NAME INFORMATION**

| | |
|---|---|
| Contact for Location: | **JORGE WAGNER** |
| Title: | PRESIDENT |
| END OF DOCUMENT | |

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

Westlaw.

BUSINESS FINDER RECORD

| | |
|---|---|
| Information Current Through: | 10-14-2010 |
| Database Last Updated: | 11-06-2010 |
| Update Frequency: | Monthly |
| Current Date: | 12/06/2010 |
| Source: | Data by InfoUSA, Copyright 2010, All Rights Reserved. |

### COMPANY INFORMATION

| | |
|---|---|
| Business Name: | PRESTIGE GUNITE |
| Business Address: | 7228 WESTPORT PL # C |
| | WEST PALM BEACH, FL 33413-1699 C008 |
| Phone: | 561-478-9980 |
| County: | PALM BEACH |
| Primary SIC: | 177109 GUNITE CONTRACTORS |
| Organization: | FIRM |
| Sales from Location: | $10,000 TO 19,999 |
| Employees at Location: | 50 TO 99 |
| Population of Area: | 50,000 TO 99,999 |
| Ad Size: | REGULAR LISTING |

### NAME INFORMATION

| | |
|---|---|
| Contact for Location: | **JORGE WAGNER** |
| Title: | PRESIDENT |

END OF DOCUMENT

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

Westlaw.

45600612871                                                                                    Page 1

45600612871

CORPORATE RECORDS & BUSINESS REGISTRATIONS

This Record Last Updated:       07/16/2010
Database Last Updated:          11-12-2010
Update Frequency:               QUARTERLY
Current Date:                   12/06/2010
Source:                         AS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFICIAL
                                SOURCE

### COMPANY INFORMATION

Name:                           PRESTIGE GUNITE FLORIDA, LLC
Address:                        8529 SOUTHPARK CIRCLE;SUITE 320
                                ORLANDO, FL 32819
D&B DUNS:                       78-840-1990

### FILING INFORMATION

Identification Number:          L07000099023
Filing Date:                    09/27/2007
State of Incorporation:         FLORIDA
Status:                         ACTIVE
Business Type:                  DOMESTIC LIMITED LIABILITY CO
Address Type:                   MAILING
Where Filed:                    STATE DEPARTMENT/CORPORATION DIVISION
                                409 E. GAINES ST
                                TALLAHASSEE, FL 32301

### REGISTERED AGENT INFORMATION

Name:                           CORPORATION SERVICE COMPANY
Address:                        1201 HAYS STREET
                                TALLAHASSEE, FL 32301-2525

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

45600612871                                                                                                  Page 2

## PRINCIPAL INFORMATION

Name:                         ERIK MADSEN
Title:                        MGR
Address:                      55 INDUSTRIAL STREET
                              TORONTO M4G03W900
                              CANADA


Name:                         RICHARD OLSEN
Title:                        MGR
Address:                      55 INDUSTRIAL STREET
                              TORONTO M4G03W900
                              CANADA


Name:                         MARTIN F FALLON
Title:                        MGR
Address:                      8529 SOUTHPARK CIRCLE, SUITE 320
                              ORLANDO, FL 32819


Name:                         **JORGE WAGNER**
Title:                        P
Address:                      8529 SOUTHPARK CIRCLE, SUITE 320
                              ORLANDO, FL 32819


Name:                         MICHAEL DAVIS
Title:                        CFOT
Address:                      8529 SOUTHPARK CIRCLE, SUITE 320
                              ORLANDO, FL 32819

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

45600612871                                                                                          Page 3

| Name: | ANN STRAW |
|---|---|
| Title: | AS |
| Address: | 7601 W. 79TH STREET |
| | BRIDGEVIEW, IL 60455 |

## AMENDMENT INFORMATION

Amendments:        04/22/2010 MISCELLANEOUS   2010 ANNUAL REPORT FILED.

04/20/2009 MISCELLANEOUS   2009 ANNUAL REPORT FILED.

08/29/2008 MISCELLANEOUS   2008 ANNUAL REPORT FILED.

## TAX INFORMATION

Corporate Tax Details:

Annual Report Filed:     04/22/2010

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
to order copies of documents related to this or other matters.
Additional charges apply.

THE PRECEDING PUBLIC RECORD DATA IS FOR INFORMATION PURPOSES ONLY AND IS NOT THE OFFICIAL RECORD. CERTIFIED COPIES CAN ONLY BE OBTAINED FROM THE OFFICIAL SOURCE.

END OF DOCUMENT

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

Westlaw

65322667079                                                                                    Page 1

65322667079

## CORPORATE RECORDS & BUSINESS REGISTRATIONS

| | |
|---|---|
| This Record Last Updated: | 07/16/2010 |
| Database Last Updated: | 11-12-2010 |
| Update Frequency: | QUARTERLY |
| Current Date: | 12/06/2010 |
| Source: | AS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFICIAL SOURCE |

### COMPANY INFORMATION

| | |
|---|---|
| Name: | PRESTIGE GUNITE INC. |
| Address: | 8529 SOUTHPARK CIRCLE;SUITE 320 |
| | ORLANDLO, FL 32819 |
| D&B DUNS: | 78-840-1990 |

### FILING INFORMATION

| | |
|---|---|
| Identification Number: | S42322 |
| Filing Date: | 04/02/1991 |
| State of Incorporation: | FLORIDA |
| Date Incorporated: | 04/02/1991 |
| Status: | ACTIVE |
| Corporation Type: | PROFIT |
| Business Type: | DOMESTIC CORPORATION |
| Address Type: | MAILING |
| Federal Identification Number: | 650252164 |
| Where Filed: | STATE DEPARTMENT/CORPORATION DIVISION |
| | 409 E. GAINES ST |
| | TALLAHASSEE, FL 32301 |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Name: | STUART JAY LEVINE |
| Address: | WALTERS LEVINE KLINGENSMITH & THOMISON PA |

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

TAMPA, FL 33606

## PRINCIPAL INFORMATION

Name:               **JORGE WAGNER**
Title:              P
Address:            8529 SOUTHPARK CIRCLE, SUITE 320
                    ORLANDO, FL 32819

Name:               MICHAEL DAVIS
Title:              CFOT
Address:            8529 SOUTHPARK CIRCLE, SUITE 320
                    ORLANDO, FL 32819

Name:               JOLANTA MALICKI
Title:              S
Address:            55 INDUSTRIAL STREET
                    TORONTO M4G03W900
                    CANADA

Name:               ANN STRAW
Title:              AS
Address:            7601 W. 79TH STREET
                    BRIDGEVIEW, IL 60455

## AMENDMENT INFORMATION

Amendments:         04/22/2010 MISCELLANEOUS   2010 ANNUAL REPORT FILED.
                    04/20/2009 MISCELLANEOUS   2009 ANNUAL REPORT FILED.
                    07/10/2008 MISCELLANEOUS   2008 ANNUAL REPORT FILED.

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

65322667079                                                                    Page 3

## TAX INFORMATION

Corporate Tax Details:

      Annual Report Filed:    04/22/2010

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
to order copies of documents related to this or other matters.
Additional charges apply.

THE PRECEDING PUBLIC RECORD DATA IS FOR INFORMATION PURPOSES ONLY AND IS NOT THE OFFICIAL RECORD. CERTIFIED COPIES CAN ONLY BE OBTAINED FROM THE OFFICIAL SOURCE.

END OF DOCUMENT

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

Westlaw

66454977827

66454977827

CORPORATE RECORDS & BUSINESS REGISTRATIONS

| | |
|---|---|
| This Record Last Updated: | 07/16/2010 |
| Database Last Updated: | 11-12-2010 |
| Update Frequency: | QUARTERLY |
| Current Date: | 12/06/2010 |
| Source: | AS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFICIAL SOURCE |

### COMPANY INFORMATION

| | |
|---|---|
| Name: | PRESTIGE GUNITE PROPERTIES FLORIDA, LLC |
| Address: | 8529 SOUTHPARK CIRCLE;SUITE 320 |
| | ORLANDO, FL 32819 |

### FILING INFORMATION

| | |
|---|---|
| Identification Number: | L07000100332 |
| Filing Date: | 03/01/1999 |
| State of Incorporation: | FLORIDA |
| Status: | ACTIVE |
| Business Type: | DOMESTIC LIMITED LIABILITY CO |
| Address Type: | MAILING |
| Federal Identification Number: | 650894774 |
| Where Filed: | STATE DEPARTMENT/CORPORATION DIVISION |
| | 409 E. GAINES ST |
| | TALLAHASSEE, FL 32301 |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Name: | CORPORATION SERVICE COMPANY |
| Address: | 1201 HAYS STREET |
| | TALLAHASSEE, FL 32301-2525 |

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

66454977827                                                                                  Page 2

## PRINCIPAL INFORMATION

Name:                    VCNA PRESTIGE READY-MIX FLORIDA, INC.
Title:                   MGRM
Address:                 8529 SOUTHPARK CIRCLE, SUITE 320
                         ORLANDO, FL 32819


Name:                    **JORGE WAGNER**
Title:                   P
Address:                 8529 SOUTHPARK CIRCLE, SUITE 320
                         ORLANDO, FL 32819


Name:                    MICHAEL DAVIS
Title:                   CFOT
Address:                 8529 SOUTHPARK CIRCLE, SUITE 320
                         ORLANDO, FL 32819


Name:                    JOLANTA MALICKI
Title:                   S
Address:                 55 INDUSTRIAL STREET
                         TORONTO M4G03W900
                         CANADA


Name:                    ANN STRAW
Title:                   AS
Address:                 7601 W. 79TH STREET
                         BRIDGEVIEW, IL 60455

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

66454977827                                                                                          Page 3

## AMENDMENT INFORMATION

Amendments:                    04/22/2010 MISCELLANEOUS   2010 ANNUAL REPORT FILED.
                               04/20/2009 MISCELLANEOUS   2009 ANNUAL REPORT FILED.
                               07/10/2008 MISCELLANEOUS   2008 ANNUAL REPORT FILED.

## TAX INFORMATION

Corporate Tax Details:

   Annual Report Filed:    04/22/2010

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
to order copies of documents related to this or other matters.
Additional charges apply.

THE PRECEDING PUBLIC RECORD DATA IS FOR INFORMATION PURPOSES ONLY AND IS NOT THE OFFICIAL
RECORD. CERTIFIED COPIES CAN ONLY BE OBTAINED FROM THE OFFICIAL SOURCE.

END OF DOCUMENT

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

# Exhibit D

B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Southern District of Florida** | **Voluntary Petition** |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Coral Pools, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-0159404** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**885 10th Avenue SW**<br>**Vero Beach, FL**<br><div align="right">ZIP Code<br>**32962**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Indian River** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

---

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
| --- | --- | --- |
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7      ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9         of a Foreign Main Proceeding<br>☐ Chapter 11    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 12       of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,   ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as          business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

---

| Filing Fee (Check one box) | Chapter 11 Debtors |
| --- | --- |
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

---

**Statistical/Administrative Information**
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

| THIS SPACE IS FOR COURT USE ONLY |
| --- |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(1/08)                                                                                              Page 2

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Coral Pools, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)          (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(1/08)                                                                                                           Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Coral Pools, Inc.** |

<div align="center">Signatures</div>

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X __/s/ Joseph Rodowicz Jr._____
Signature of Attorney for Debtor(s)

__Joseph Rodowicz Jr. 10783_____
Printed Name of Attorney for Debtor(s)

__The Law Firm of Joseph Rodowicz, LLC__
Firm Name

__13730 Whispering Lakes Lane__
__Palm Beach Gardens, FL 33418__

_____
Address

**Email: rodowiczlaw@comcast.net**
__(561) 273-1210  Fax: (561) 273-1213__
Telephone Number

__July 20, 2009__
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X __/s/ Shawn Riley_____
Signature of Authorized Individual

__Shawn Riley__
Printed Name of Authorized Individual

__President__
Title of Authorized Individual

__July 20, 2009__
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

ABI Construction Services
4301 Anchor Plaza Parkway
Tampa, FL 33634

Advanced Electrical Systems
2020 Old Dixie Highway SE, Suite 9
Vero Beach, FL 32962

Aggressive Pest Management
PO Box 3587
Cocoa, FL 32924

Alexandro Porturas
1917 Grey Falcon Circle SW
Vero Beach, FL 32968

American Express
PO Box 360001
Fort Lauderdale, FL 33336-0001

Amerisure Insurance
PO Box 905049
Charlotte, NC 28290-5049

Andre and Barbara Frechette
3508 SE Hyde Circle
Port Saint Lucie, FL 34984

Andrew and Elizabeth Salinas
1412 nw hayworth circle
palm bay, FL 32907

Andrew Sellon and Tonia Murray
1475 Birch Street
Melbourne, FL 32935

Ann and Arlen Kantarian
5618 N Harbor Village Drive
Vero Beach, FL 32967

Apex Pest Control
1180 US Highway 1, Suite 105
Rockledge, FL 32955-2714

Art Krierger Construction
4005 43rd Avenue, Suite 2
Vero Beach, FL 32960


AT & T
PO Box 6463
Carolstream, IL 60197-6463


AT & T
PO Box 70529
Charolette, NC 28272-0529


AT & T 800
PO Box 78522
Phoenix, AZ 85062


AT & T Advertising
PO Box 5024
Atlanta, GA 30348-5024


Babyguard of Treasure Coast, Inc.
4465 12th Street SW
Vero Beach, FL 32968-4852


Bath Construction
2220 18th Avenue
Vero Beach, FL 32960


Better Business Bureau
2924 N Australian Avenue
West Palm Beach, FL 33407-4527


Bill Clemens Jr.
341 Westwind Court
Vero Beach, FL 32960


Bradford Electrical Services, Inc.
3125 Jupiter Park Circle
Jupiter, FL 33458


Brenda Morris
7515 Fringe Place
Cocoa, FL 32927

Brenda Ritter
2192 Woodfield Circle
Vero Beach, FL 32968

Business Card Services - Chevron/Texaco
PO Box 70887
Charlotte, NC 28272-0887

C.W. Willis & Co.
4880 70th Terrace
Vero Beach, FL 32967

Carl Liftchild
2105 Bell Avenue
Fort Pierce, FL 34982

Carol Stevens Stehle
605 Kenwood Drive
Vero Beach, FL 32968

Cast Crete, Inc.
PO Box 24567
Tampa, FL 33623-4567

Cemex
1501 Belvedere Road
West Palm Beach, FL 33406

Central Concrete of North Carolina, Inc.
4700 Trademark Drive, Suite 150
Raleigh, NC 27610

Christine Nichols
1570 Shorelands Drive E
Vero Beach, FL 32963

Christopher and Ann Blais
1882 Salida Street NW
Palm Bay, FL 32907

Christopher and Ann Blais
1882 Salida Street SW
Palm Bay, FL 32907

CIT Technology Financial Service, Inc.
PO Box 550599
Jacksonville, FL 32255-0599


City of Raleigh City Plaza
427 Fayetteville Street
Raleigh, NC 27601


City of Raleigh City Plaza
3440 Technology Drive
Nokomis, FL 34275


Clements Pest Control
545 1st Street
Vero Beach, FL 32962


CoBree Homes
1402 Norman Street NE, Suite 5
Palm Bay, FL 32907


Color Wheel Paints
3400 43rd Avenue, Suite 11
Vero Beach, FL 32960


Comcast
PO Box 105184
Atlanta, GA 30348-5184


Como Oil & Propane
1701 Commerce Avenue
Vero Beach, FL 32960


Concessa Bowman
5457 5th Lane
Vero Beach, FL 32968


Croom Construction
1201 19th Place, Suite A-400
Vero Beach, FL 32960


Crown Contractors
3055 Cardinal Drive, Suite 101
Vero Beach, FL 32963

Darrell Shafranski Construction
6185 69th Street
Vero Beach, FL 32967


Dell Business Credit
Payment Processing Center
Carol Stream, IL 60197-5275


Department of the Treasury
Internal Revenue Service
Ogden, UT 84201-0005


Dept. Business & Prof. Regulation
Revenue Validation Unit
1940 N. Monroe St.
Tallahassee, FL 32399-0783


Diana Minner
1956 Hedden Place
Vero Beach, FL 32966


Diane Hammond
1112 Sioux Drive
Indian Harbor Beach, FL 32937


Dianne Wilson
771 Indian Oaks Drive
Melbourne, FL 32901


Dickson's Air Conditioning
PO Box 881773
Port Saint Lucie, FL 34988-1773


Douglas and Noreen Simon
8635 Fleming Grant Road
Micco, FL 32976


DT Consulting, Inc.
995 Ruby Av
Vero Beach, FL 32968


Edward Moser and Camellias Westwell
1400 Bourke Lane
Melbourne, FL 32940

Eianne Wilson
771 Indian Oaks Drive
Mebourne, FL 32901


Family Support Registry
PO Box 2171
Denver, CO 80201-2171


Fastenal Industrial & Construct Supplies
10 Old Dixie Highway
Vero Beach, FL 32962


Fed Ex
PO Box 660481
Dallas, TX 75266-0481


Fedee Albalos and Joan Donovan
6020 Santa Margarito Drive
Fort Pierce, FL 34951


Flinchum Construction
2325 18th Avenue
Vero Beach, FL 32960


Florida Copy Data
760 8th Court
Vero Beach, FL 32962


Florida Department of Revenue
5050 W Tennessee Street
Tallahassee, FL 32399-0100


Florida Power & Light
FPL General Mail Facility
Miami, FL 33188-0001


Florida Today
PO Box 677592
Dallas, TX 75267-7592


Florida Water Products
2720 Center Place
Melbourne, FL 32940

Francis Izola
1258 Laconia Street
Sebastian, FL 32958


Fred and Linda Eggermann
1030 South Lakes Way SW
Vero Beach, FL 32968


Gary and Kathy Kennedy
1259 Lexington Lane SW
Vero Beach, FL 32962


Gary Palmer
2873 St. Barts Square
Vero Beach, FL 32967


George and Barbara Jones
1620 Pelican Drive
Merritt Island, FL 32952


George and Eddie Collins
871 Oyster Shell Lane
Vero Beach, FL 32963


Gerado and Karen Canales
3619 SW Bonwold Street
Port Saint Lucie, FL 34953


Gorman Company
1115 18th Place, Building 7
Vero Beach, FL 32960


Grand Harbor
4755 South Harbor Drive
Vero Beach, FL 32967


Grand Harbor
4733 South Harbor Drive
Vero Beach, FL 32967


Greg Riddlehoover Bobcat Services
1423 Windward Drive
Melbourne, FL 32935

Grove Welders, Inc
1035 9th Street SW
Vero Beach, FL 32962


Harry Ferguson
1527 Glencove Avenue NW
Palm Bay, FL 32907


HBEL, Inc.
5600 US 1 North
Fort Pierce, FL 34946


Heidi Jarvinen
3236 1st Lane
Vero Beach, FL 32968


Heinz and Margarete Kressierer
1073 Daytona Drive Ne
Palm Bay, FL 32905


Helmet House Construction
900 20th Place
Vero Beach, FL 32960


Hickey, Collins, et. al.
655 21 Street
Vero Beach, FL 32960


Home Depot
PO Box 6029
The Lakes, NV 88901-6029


Hubert and Norma Bowen
602 SE Damask Avenue
Vero Beach, FL 32968


Independence Park
3440 Technology Drive
Nokomis, FL 34275


Independence Park
4110 George Road
Tampa, FL 33634

IRC Tax Collector
PO Box 610
Vero Beach, FL 32961-0610

Jade Ocean
1300 Brickell Avenue
Miami, FL 33131

Jade Ocean
3440 Technology Drive
Nokomis, FL 34275

Jane Sendrovich
2871 St. Barts Square
Vero Beach, FL 32967

Jane Sondericker
219 Harwood Avenue
Satellite Beach, FL 32937

Janet Anderson
105 Cache Cay Drive
Vero Beach, FL 32963

Janice Sawmiller
31 Patrick Lane
Rockledge, FL 32955

Jason and Katie West
712 NW Waterlily Place
Jensen Beach, FL 34957

Jeff Duflo
5241 Cinnamon Fern Boulevard
Cocoa, FL 32427

Jeff Foerster
436 Holly Road
Vero Beach, FL 32963

Jim and Carol Cranford
5605 Corsica Place
Vero Beach, FL 32967

Jim and Cynthis Mcbride
1988 Grey Falcon Circle SW
Vero Beach, FL 32962

Jo Marie and Lawrence Semprevivo
7020 4th Street
Vero Beach, FL 32968

John and Alinde Blume
4410 55th Street
Vero Beach, FL 32967

John and Claudine Lavelle
645 Brushfoot Drive
Sebastian, FL 32958

John Beck
3120 Anthem Way
Vero Beach, FL 32966

John Fichtelman
1226 Castaway Boulevard
Vero Beach, FL 32963

John Miller
619 Bay Harbor Terrace
Sebastian, FL 32958

Joyal Construction
2800 Aurora Road, Suite A
Melbourne, FL 32935

Judith Auburn
524 Conn Way
Vero Beach, FL 32963

Kahn Builders
8850 N. US Highway #1
Sebastian, FL 32958

Katchakid Atlantic
2975 20th Street
Vero Beach, FL 32960

Keith Moskowitz
5710 Glen Eagle Lane
Vero Beach, FL 32967


Kelly Ballinger
125 36th Court SW
Vero Beach, FL 32968


Kevin and Jennifer Whigham
5502 Southwind Trail
Vero Beach, FL 32968


Kevin Howell Construction
PO Box 128
Odessa, FL 33556


KSM Engineering
PO Box 78-1377
Sebastian, FL 32978-1377


Lauderdale Tile & Marble
608 NW Commodity Cove
Port Saint Lucie, FL 34986


Leandro and Maria Braganca
175 Pinta Circle
Merritt Island, FL 32953


Len and Bernice Reilly
731 17th Lane SW
Vero Beach, FL 32962


Luv Tile Enterprises,Inc
1763 Apex Rd.
Sarasota, FL 34240


Mark and Linda Lees
1712 Rio Vista Drive
Fort Pierce, FL 34949


Mark Lucier
3390 Craggy Bluff Place
Cocoa, FL 32926

Mark Rekart
5473 NW Carla Court
Vero Beach, FL 32968


Mary Mcmillan
1545 Highland Avenue
Vero Beach, FL 32960


Massey Services, Inc.
5585 US Highway 1
Vero Beach, FL 32967


Matthew and Kimberly Graziano
6131 Island Harbor Road
Sebastian, FL 32958


MBV Engineering, Inc.
2455 14th Avenue
Vero Beach, FL 32960


Merchant Services
retrieval Department / KY6-200-01-30
1231 Durrett Lane
Louisville, KY 40213


Michael and Dawn Katzmann
3908 SW Leesburg Street
Port Saint Lucie, FL 34953


Michael and Suzanne Cardoso
8735 97th Avenue
Vero Beach, FL 32967


Michelle Hamilton
596 Cross Creek Circle
Sebastian, FL 32958


Mike York and Robert Beth
2430 Lake Ibis Lane SW
Vero Beach, FL 32962


Miki Ashton and Pam Wright
826 Derrydown Way
Decatur, GA 30030

Miki Ashton and Pam Wright
11375 Kashi Court
Sebastian, FL 32958


Mr. and Mrs. Beaucher
544 Live Oak Road
Vero Beach, FL 32963


Mr. and Mrs. Bender
535 Live Oak Road
Vero Beach, FL 32963


Mr. and Mrs. Dan Reilly
434 SW Fields Avenue
Port Saint Lucie, FL 34953


Mr. and Mrs. Devito
14155 117th Street
Fellsmere, FL 32948


Mr. and Mrs. Dorff
13805 85th Street
Fellsmere, FL 32948


Mr. and Mrs. Montgomery
8450 SW Yellowtail Court
Stuart, FL 34997


Mr. and Mrs. Montgomery
8450 SW Yellowtail Court
Stuart, FL 34977


Mr. and Mrs. Nelson
7700 Hidden Hammock Lane
Vero Beach, FL 32968


Mr. and Mrs. Reilly
434 SW Fields Avenue
Port Saint Lucie, FL 34953


Mr. and Mrs. Scarpinato
2205 7th Avenue SE
Vero Beach, FL 32962

Mr. and Mrs. Serencko
1484 Summer Street SE
Palm Bay, FL 32909


Mr. and Mrs. Stiansen
4830 St. James Avenue
Vero Beach, FL 32967


Myrna Nuila
376 Frederick Street SW
Palm Bay, FL 32908


National City
PO Box 856176
Louisville, KY 40285-6176


National City
K-A16-F5
PO Box 2349
Kalamazoo, MI 49003


Norman Cage
684 Sandpiper Circle
Melbourne, FL 32901


Palm City Sod
PO Box 2143
Palm City, FL 34991


Parks Rental and Sales
2306 Okeechobee Road
Fort Pierce, FL 34590


Patrick Cado
195 Marshall Court
Merritt Island, FL 32953


Patriot of Vero Beach
342 Pike Road, Suite 14
West Palm Beach, FL 33411


Pelican Bay Mobile Home Park
8600 US Highway 1
Micco, FL 32976

Pelican Bay Mobile Homes
8600 US Highway 1
Micco, FL 32976

Perfect Pool Fills, Inc.
PO Box 160
Roseland, FL 32957

Peter and Elizabeth Bortnick
4761 SW Hammock Creek Drive
Palm City, FL 34990

Peter Leblanc
514 Periwinkle Drive
Sebastian, FL 32958

Phillip and Jennifer Oates
5913 Yucca Drive
Fort Pierce, FL 34982

Pitney Bowes
PO Box 856390
Louisville, KY 40285-6390

Prestige A/B
4190 Selvitz Road
Fort Pierce, FL 34981

Prestige Gunite
3225 Selvitz Road
Fort Pierce, FL 34981

Prestige Gunite of Melbourne
5101 Eau Galle Boulevard
Melbourne, FL 32934

Progressive Express Insurance Company
PO Box 94739
Clevland, OH 44101

Randy and Jan Turban
157 21st Avenue
Vero Beach, FL 32962

Randy and Rachel Orr
3594 Burdock Avenue
West Melbourne, FL 32904

Randy Hines Construction
12524 Roseland Road
Sebastian, FL 32958

RCL Development
5099 N A1A
Vero Beach, FL 32963

Regatta Construction
PO Box 2587
Vero Beach, FL 32961

Rehan Faroqui and Farhat Jahan
4729 Chastain Drive
Melbourne, FL 32940

Richard and Brenda Davis
106 Larchmont Terrace
Sebastian, FL 32958

Richard and Patricia Mancinelli
10489 SW Stratton Drive
Port Saint Lucie, FL 34987

Richard and Sheila Randazzo
1073 SW Aswan Avenue
Port Saint Lucie, FL 34953

Rick and Shari Stock
3114 Ashford Square
Vero Beach, FL 32968

Robert and Debra Marcellaro
1925 Spotted Owl Drive SW
Vero Beach, FL 32962

Robert and Theresa Taylor
681 Spring Lake Drive
Melbourne, FL 32940

Robert and Tiffany Noon
1218 SW Bargella Avenue
Port Saint Lucie, FL 34953


Robert and Vickie Wild
419 12th Street SE
Vero Beach, FL 32962


Robert and Vickie Wild
149 12th Street SE
Vero Beach, FL 32962


Robert Beringhaus
1719 Sunset Isles Road
Fort Pierce, FL 34949


Robert Chipman
8276 99th Avenue
Vero Beach, FL 32967


Robert Mcdonald
251 Naylor Drive
West Melbourne, FL 32904


Rod and Bonita Inman
725 Atlantis Road SE
Palm Bay, FL 32909


Roger and Kendra Haines
2205 Cove Road
Vero Beach, FL 32963


Rommel and Marie Augustin
144 Stoney Point Drive
Sebastian, FL 32958


Rosanna Wyse
520 Topeka Road
Palm Bay, FL 32908


Roy and Kim Wolfe
545 39th Court
Vero Beach, FL 32968

RSC Equipment Rental
PO Box 840514
Dallas, TX 75284-0514

Russell Concrete, Inc.
1400 10th Avenue
Vero Beach, FL 32960

Sabato and Rosa Pelosi
4146 Aiken Lane
Melbourne, FL 32901

Sandra Brownett
5525 Corsica Place
Vero Beach, FL 32963

Scott and Ingrid Brann
5151 NW Newark Lane
Port Saint Lucie, FL 34983

SCP Distributors, LLC
8281 Business Park Drive
Port Saint Lucie, FL 34952

Scripps Treasure Coast Newspapers
1939 SE Federal Highway
Stuart, FL 34994

Sebastian Pool and Patio
736 S Fleming Street
Sebastian, FL 32958

Shark Pest Control
1627 Fairfield Circle NE
Palm Bay, FL 32905

Sharon and Richard Gibbs
1160 Buckhead Drive SW
Vero Beach, FL 32968

Shell Fleet
PO Box 183019
Columbus, OH 43218-3019

Shelly Beringhaus
1719 SunsetIsles Road
Fort Pierce, FL 34949

Sheri and Brian Anderson
840 River Trail
Vero Beach, FL 32963

Soma Melnick and Ronnie Preuss
10996 Mulberry Street
Vero Beach, FL 32968

Sprint
P.O. Box 105243
Atlanta, GA 30348

Staples
1191 US Highway 1
Vero Beach, FL 32960

Stephan and Martha Domines
4670 Stephanie Lane SW
Vero Beach, FL 32968

Tanner and James, Inc.
30 Old Rudnick Lane
Dover, DE 19901

Tarmac
455 Fairway Drive
Deerfield Beach, FL 33441

TC Newspapers
1939 SE Federal Highway
Stuart, FL 34994

Terry Higgins
405 16th Avenue
Vero Beach, FL 32962

The Hill Group
3880 39th Square
Vero Beach, FL 32960

Vaughn and Nancy Judd
1259 Scarlet Oak Circle
Vero Beach, FL 32966


Vero Blue Print
945 17th Street
Vero Beach, FL 32960


Victor Rizzo
6145 SW Bald Eagle Drive
Palm City, FL 34990


Vincent Fuggetta, Jr. LLC
PO Box 1247
Hobe Sound, FL 33475-1247


W Hotel
3449 Technology Drive
Fort Lauderdale, FL 32988


Wayne and Dawn Winkler
3486 Penninsula Circle
Melbourne, FL 32940


Wesco Fountain, Inc.
3440 Technology Drive
Nokomis, FL 34275


Wesco Fountains, Inc.
3440 Technology Drive
Nokomis, FL 34275


Wholesale Stone, LLC
601 NE 36th Street, Suite 2603
Miami, FL 33137


William Lowney
898 SE Evergreen Terrace
Port Saint Lucie, FL 34983


William Mott Land Surveying, Inc.
3716 N Wickham Road, Suite 3
Melbourne, FL 32935-2338

# Exhibit E

1999370 RECORDED IN THE RECORDS OF JEFFREY K BARTON, CLERK CIRCUIT COURT INDIAN
RIVER CO FL, BK: 2347 PG: 1826, 06/15/2009 04:43 PM

STATE OF FLORIDA
INDIAN RIVER COUNTY
THIS IS TO CERTIFY THAT THIS IS A TRUE AND CORRECT
COPY OF THE ORIGINAL ON FILE IN THIS OFFICE. THIS
ORIGINAL MAY HAVE REDACTED INFORMATION AS STATED
IN FLORIDA STATUTE 119.07.

J.K. BARTON/CLERK
BY _____
DEPUTY CLERK
DATE 29 Nov 2010

Prepared by & Return to:
Paula McCarthy
Prestige Gunite of Florida, LLC
8529 South Park Circle, Suite 320
Orlando, FL 32819
(772)461-5586

CLAIM OF LIEN
WARNING!

THIS LEGAL DOCUMENT REFLECTS THAT A CONSTRUCTION LIEN HAS BEEN PLACED ON THE REAL
PROPERTY LISTED HEREIN. UNLESS THE OWNER OF SUCH PROPERTY TAKES ACTION TO SHORTEN
THE TIME PERIOD, THIS LIEN MAY REMAIN VALID FOR ONE YEAR FROM THE DATE OF RECORDING,
AND SHALL EXPIRE AND BECOME NULL AND VOID THEREAFTER UNLESS LEGAL PROCEEDINGS HAVE
BEEN COMMENCED TO FORECLOSE OR TO DISCHARGE THIS LIEN.

STATE OF FLORIDA)
COUNTY OF ORANGE)

BEFORE ME, the undersigned notary public, personally appeared Paula McCarthy, as Agent for
PRESTIGE GUNITE FLORIDA, LLC., who was duly sworn and says that he/she is the authorized agent of the
lienor herein, whose address is 8529 South Park Circle, Suite 320, Orlando, FL 32819, and that on information
and belief, in accordance with orders given by CORAL POOLS INC, lienor furnished concrete to the following
described real property in INDIAN RIVER COUNTY, Florida:

619 BAY HARBOR TERRACE, SEBASTIAN, A/K/A MILLER PROJECT, PARCEL ID #
31382400001258000030.0, SEBASTIAN HIGHLANDS SUB UNIT NO 10 BLK 258 LOT 30 PBI 6-37C, NOTICE
OF COMMENCEMENT AS RECORDED IN OR BOOK 2339, PAGE 2108, INDIAN RIVER COUNTY, FLORIDA.

The real property described above is owned by JOHN MILLER. Lienor provided labor, services or
materials for a total value of $3,904.64, of which there remains unpaid the principal balance $3,904.64 together
with recording and service costs, and furnished the first of the items on June 5th,2009, and the last of the items on
June 5th,2009, and that the lienor served its Notice to Owner on June 15th, 2009.

LIENOR:
PRESTIGE GUNITE OF FLORIDA, LLC. (FPI)

By _____
Print Name: Paula McCarthy
Its: Agent

SWORN TO AND SUBSCRIBED before me on June 15th, 2009, by Paula McCarthy, as Agent
of PRESTIGE GUNITE OF FLORIDA, LLC (FPI), who is known to be the person who executed the
foregoing instrument on behalf of the corporation, and acknowledged that he/she executed the same as
his/her free act and deed, and who is personally known to me.

Notary Public: _____
My Commission Expires: 1-7-2012

MISLEIDY C. RANGEL
Notary Public - State of Florida
My Commission Expires Jan 7, 2012
Commission # DD 746409
Bonded Through National Notary Assn.

(Re: INV 3633)
PM/ck

# Exhibit F

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                          MIAMI DIVISION
                MASTER DOCKET NO. 09-23187-CIV-CMA


IN RE:  FLORIDA CEMENT AND
CONCRETE LITIGATION


                                      MIAMI, FLORIDA
                                      JUNE 22, 2010

------------------------------------------------------------

                TRANSCRIPT OF ORAL ARGUMENT RE:
                      MOTIONS TO DISMISS
             BEFORE THE HONORABLE CECILIA M. ALTONAGA,
                  UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR DIRECT PLAINTIFFS:

                      ROBERT C. JOSEFSBERG, ESQ.
                      KATHERINE W. EZELL, ESQ.
                      Podhurst Orseck, P.A.
                      25 West Flagler Street, Ste. 800
                      Miami, FL 33130 - 305.358.2800
                      rjosefsberg@podhurst.com
                      kezell@podhurst.com
                      MATTHEW W. FRIEDRICH, ESQ.
                      ED H. TAKASHIMA, ESQ.
                      Boise, Schiller & Flexner, LLP
                      5301 Wisconsin Avenue, N.W., Ste. 800
                      Washington, D.C. 20015
                      202.237.2727

                      RALPH BUNCHE, ESQ.
                      Hausfeld, LLP
                      1700 K. Street, N.W., Ste. 650140
                      Washington, D.C. 20006 - 202.540.7200
                      rbunche@hausfeldllp.com

                      JAY L. HIMES, ESQ.
                      Labaton Sucharow, LLP
                      140 Broadway, 34th Floor
                      New York, NY 10005 - 212.907.0700
                      jhimes@labaton.com


           TOTAL ACCESS COURTROOM REALTIME TRANSCRIPTION
```

FOR INDIRECT PLAINTIFFS:

                     ARTHUR H. RICE, ESQ.
                     Rice Pugatch Robinson & Schiller
                     101 NE 3rd Avenue, Ste. 1800
                     Fort Lauderdale, FL 33301
                     305.379.3121
                     arice.ecf@rprslaw.com

                     KENNETH G. WALSH, ESQ.
                     Kirby McInerney, LLP
                     825 Third Avenue, 16th Floor
                     New York, NY 10022 - 212.371.6600
                     HERMAN RUSSOMANNO, III, ESQ.
                     Russomanno & Borrello, P.A.
                     Museum Tower, Ste. 2800 Penthouse
                     150 W. Flagler Street
                     Miami, FL 33130 305.373.2100

FOR CEMEX:

                     MICHAEL NACHWALTER, ESQ.
                     JALAINE GARCIA, ESQ.
                     ELIZABETH B. HONKONEN, ESQ.
                     Kenny Nachwalter, P.A.
                     201 South Biscayne Boulevard
                     1100 Miami Center
                     Miami, FL 33131 - 305.373.1000
                     mnachwalter@kennynachwalter.com
                     jgarcia@kennynachwalter.com

                     SHEPARD GOLDFEIN, ESQ.
                     PAUL ECKLES, ESQ.
                     Skadden Arps Slate Meagher
                     & Flom, LLP
                     Four Times Square
                     New York, NY 10036 - 212.735.3000
                     Shepard.goldfein@skadden.com

           TOTAL ACCESS COURTROOM REALTIME TRANSCRIPTION

FOR HOLCIM:

                        ANDREW G. KLEVORN, ESQ.
                        Eimer Stahl Klevorn & Solberg, LLP
                        224 S. Michigan Avenue, Ste. 1100
                        Chicago, IL 60604 - 312.660.7600
                        aklevorn@eimerstahl.com

FOR TITAN:

                        RICHARD J. OVELMEN, ESQ.
                        Jorden Burt, LLP
                        777 Brickell Avenue, Ste. 500
                        Miami, FL 33131 - 305.347.6805
                        rjo@jordenusa.com

FOR FLORIDA ROCK:

                        MARTIN L. STEINBERG, ESQ.
                        DONALD BRUCE HOFFMAN, ESQ.
                        Hunton & Williams, LLP
                        1111 Brickell Avenue, Ste. 2500
                        Miami, FL 33131 - 305.810.2500
                        msteinberg@hunton.com
                        bhoffman@hunton.com

FOR SUWANNEE:

                        REGINALD D. STEER, ESQ.
                        Akin Gump Strauss Hauer & Feld, LLP
                        580 California Street, Ste. 1500
                        San Francisco, CA 94104
                        415.765.9500
                        rsteer@akingump.com

FOR OLDCASTLE:

                        THOMAS E. SCOTT, JR., ESQ.
                        Cole, Scott & Kissane, P.A.
                        Dadeland Centre II, 14th Floor
                        9150 South Dadeland Boulevard
                        Miami, FL 33156 - 305.350.5300
                        thomas.scott@csklegal.com


TOTAL ACCESS COURTROOM REALTIME TRANSCRIPTION

FOR LEHIGH & CFM:

              THOMAS R. McCARTHY, ESQ.
              Wiley Rein, LLP.
              1776 K Street NW
              Washington, D.C. 20006 - 202.719.7049
              tmccarthy@wileyrein.com

              HELAINE S. GOODNER, ESQ.
              Fowler White Burnett, P.A.
              Espirito Santo Plaza, 14th Floor
              1395 Brickell Avenue
              Miami, FL 33131 - 305.789.9200
              hgoodner@fowler-white.com

FOR PRESTIGE:

              RICHARD B. BROSNICK, ESQ.
              Butzel Long
              380 Madison Avenue, 22nd Floor
              New York, NY 10017 - 212.676.3055
              brosnick@butzel.com

REPORTED BY:

              BARBARA MEDINA,
              Official United States Court Reporter
              Wilkie D. Ferguson, Jr.
              United States Courthouse
              400 North Miami Avenue, Ste. 12-2
              Miami, FL   3128 -   305.523.5518
                          (Fax) 305.523.5519
              Email:  barbmedina@aol.com

TOTAL ACCESS COURTROOM REALTIME TRANSCRIPTION

```
 1                    TABLE OF CONTENTS
 2                                                    Page
 3   Reporter's Certificate .................................. 124
 4
 5                    INDEX TO EXHIBITS
 6   Exhibits                  Marked for        Received
                               Identification   in Evidence
 7
     Description               Page    Line    Page    Line
 8
 9
10                     CITATION INDEX
11                                                    Page
     American Dental ...................................... 14
12
     American Dental Association .......................... 11
13
     Beef Industry Antitrust Litigation ................... 24
14
     BMG .................................................. 76
15
     Brooke Group ......................................... 17
16
     Conley versus Gibson ................................. 10
17
     Elevator ............................................. 20
18
     Flat Panel ........................................... 94
19
     Flonase .............................................. 96
20
     Florida Microsoft Antitrust .......................... 94
21
     Graphics Processing Units ............................ 20
22
     Greenberg ............................................ 41
23
     Griffin versus Dugger ................................ 94
24
     Hanover Shoe ......................................... 91
25
     Hawaiian & Guamanian ................................. 19
```

1    discovery because this is not a delay of the defendants'

2    making, but it's a delay occasioned by the exchange of

3    information between plaintiffs and one of the defendants and

4    the knowledge by the plaintiffs that the universe of the facts

5    as alleged has changed.

6         MR. GOLDFEIN:  So, Your Honor, will you be clear here

7    just so there's no misunderstanding?  Will you order the

8    production of the affidavit and any other information

9    supplied -- and this is the part where I don't want to get in

10   the middle of settlement negotiations.  I understand the

11   sensitivity -- but any other information that would be

12   pertinent to exculpate either Lafarge or any other defendant?

13        THE COURT:  I would be hesitant to do that because to

14   the extent I'm doing that, I'm ordering discovery and I've

15   already indicated we would put a halt to all discovery and

16   let's test the sufficiency of the pleading as it should be, not

17   as I decide to take my pen and cross things out as I assume

18   they no longer apply and what your arguments would be in the

19   absence of those allegations.

20        MR. GOLDFEIN:  Now, are they only to make changes

21   insofar as they relate to Lafarge or can they make other

22   changes in the Complaint?

23        THE COURT:  I would assume they've heard from me some

24   of my misgivings, at least as I raised some of those to the

25   direct purchaser action.  So I would not tie the hands of the

1    plaintiffs and tell them they were limited in any amended

2    pleading to the task of simply deleting Lafarge.

3            MR. GOLDFEIN:  How much time?  I hope it will be a

4    short string you'll give them to do their amendment.

5            THE COURT:  That's why I think you'll all caucus and

6    you let me know what your respective positions are with my

7    suggestion.

8            We'll take 15 minutes.

9        [There was a short recess at 4:31 p.m.]

10           THE COURT:  Please be seated.

11           MR. GOLDFEIN:  Your Honor, with the Court's approval,

12   the plaintiffs -- both directs and indirects -- will amend

13   their pleadings three weeks from yesterday, whatever that date

14   is, and then four weeks thereafter we would file supplemental,

15   I'd like to say a supplemental motion to dismiss or brief in

16   support of our motion based upon the newest pleading and if we

17   don't need to file anything we will tell the Court earlier than

18   that.  I can't tell you exactly when earlier, but we would

19   inform the Court.

20           Then, in turn, two weeks after we file our brief, they

21   will file their opposition to that brief and within a week

22   thereafter, seven days, we will file our reply, and in the

23   meantime discovery, we understand, is, basically, stayed.  So

24   we tried to accelerate this process.  They already had 60 days

25   to amend the direct purchaser and indirect purchaser Complaints

1    when they consolidated.  So, hopefully, this will be enough of

2    an expedited proceeding for the Court that if we come back some

3    day to ask the Court to roll some of the discovery dates, you

4    won't be too upset.

5         THE COURT:  Let me just try to get a sense then.  So

6    the two pending motions to dismiss are denied as moot because

7    there will be a third amended pleading in each case.

8         MR. GOLDFEIN:  Can you just -- can I suggest you maybe

9    carry them until we see what we get because it's possible we'll

10   get something and we're going to say to the Court there's no

11   material change or there's no change and it wouldn't make any

12   difference except for these few things and then we wouldn't be

13   ostensibly rebriefing things.  We would be just building off

14   the briefs.  We don't want to burden the Court with a whole new

15   round of repetitive briefing.  You've already, obviously, spent

16   substantial time with the cases and the arguments and we would

17   like to try to make this as efficient as possible.  If that's

18   not most efficient for Your Honor, we obviously want to do

19   what's most efficient for you.

20        THE COURT:  I'll be frank with you, it's not.  When I

21   sit and work there's just so much room I have to put all the

22   paper around me and when I have litigants saying "We adopt

23   so-and-so's argument," I start putting pieces together like a

24   puzzle.

25        I would rather deal with one.  As I asked you all to

1  do originally, just give me one motion to dismiss, however long

2  it is and I can see how repetitive it is and I can work with

3  that as opposed to having 10 or 20 or saying "We adopt the

4  first three arguments.  We delete the fourth, but we readopt

5  the fifth" --

6          MR. GOLDFEIN:  Then you won't mind if you're likely to

7  see some of the same pages.

8          THE COURT:  It doesn't need to be that long.  You'll

9  take what you have, I'm sure, and in light of the changes,

10  whatever they might be, you'll rework that and I can still work

11  with one monolithic document.  So, for the ease of my review in

12  keeping it all straight and not having you say "You ignored

13  this argument, Judge" and I'm going to say "Because I had 100

14  documents in front of me and I overlooked it."

15          MR. GOLDFEIN:  So would I be correct, the motions will

16  be denied without prejudice?

17          THE COURT:  Then I'll see an amended pleading three

18  weeks from yesterday and the motions to dismiss and/or answers

19  will be coming in four weeks.

20          MR. GOLDFEIN:  Four weeks, yes.

21          THE COURT:  Is there anything else?

22          MR. GOLDFEIN:  They get two weeks to respond to our

23  motion to dismiss and we get a week for the reply.

24          THE COURT:  Right.

25          MR. FRIEDRICH:  I'd just ask in terms of the discovery

1  schedule whether it wouldn't make more sense to simply now roll

2  that schedule forward two and a half months, just extend the

3  dates in the existing discovery orders by two and a half months

4  now?

5          THE COURT:  It will all be fully briefed by when?

6          MR. FRIEDRICH:  August 30.

7          THE COURT:  So, that's the two and a half months you

8  speak of?  In other words, you're not going to start discovery

9  until you have my decision.

10         MR. FRIEDRICH:  Right.

11         THE COURT:  Unless you want me to turn it around in

12 one night.

13         MR. FRIEDRICH:  We're not asking for that.

14         MR. GOLDFEIN:  I suggest that we hold off with the

15 understanding that we recognize something many have to be done

16 with the discovery schedule.

17         THE COURT:  And you have me on record, I recognize the

18 schedule is going to have to be modified.  How is that for a

19 commitment?

20         MR. GOLDFEIN:  Good enough for us.

21         THE COURT:  My words always come back to haunt me.

22         MR. GOLDFEIN:  Your Honor, if we request oral

23 argument, you'll decide whether you want it, I suppose.

24         THE COURT:  I decide whether --

25         MR. GOLDFEIN:  After this brutal affair.  Thank you.